Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, | Case No. Case No. CV 10-6165 R (JEMx) |
| Plaintiff, | |
| vs. | **IN ADMIRALTY** |
| TITAN INTERNATIONAL LOGISTICS, LLC | **INTERLOCUTORY DISMISSAL** |
| Defendant. | |

    GOOD CAUSE APPEARING THEREFOR, the complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff may have up to and including June 1, 2012 to reopen this case only if the settlement is not consummated for any reason and a written request to reopen this case is filed with this Court on or before June 1, 2012. Said reopener shall be for the purposes of having judgment entered pursuant to the stipulation of the parties.

If Plaintiff has not requested this Court to reopen the case on or before June 1, 2012 the complaint will therefore be deemed dismissed with prejudice as to all parties and all causes of action with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 29, 2010                     _____
                                             Honorable Manuel L. Real
                                             United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On November 19, 2010, I served the foregoing document described as **[PROPOSED] INTERLOCUTORY DISMISSAL** on the interested parties as follows:

Joseph A. Maleki
Maleki & Associates
1100 Quail Street, Suite 100
Newport Beach, CA 92660

[x] **VIA CM/ECF:** Pursuant to General Order 10-7 the forgoing document was served on counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 19, 2010 at Long Beach, California.

_s/Stephen M. Uthoff_____
Stephen M. Uthoff

3